UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN WAYNE BONILLA, | 1:18-cv-01258-JDP |
| Petitioner, | ORDER TRANSFERRING CASE |
| v. | |
| JUDGE DONALD SEGERSTROM, *et al.*, | |
| Respondents. | |

Petitioner Steven Wayne Bonilla, a state prisoner, has been convicted of murder, and the jury in his criminal proceeding has returned a death verdict. *See generally People v. Bonilla*, 41 Cal. 4th 313 (2007). Petitioner, without counsel, has filed multiple documents in which he challenges the judgment from his criminal proceeding and asks for his release from custody (*see* Doc. No. 1, at 11-12, 22-23, 34-35); and the court construes petitioner's filings as a request for a writ of habeas corpus. *See Rishor v. Ferguson*, 822 F.3d 482, 493 (9th Cir. 2016) (reasoning that substance, not label, determines nature of post-judgment motions).[1]

---

[1] Petitioner has filed similar petitions in other cases, and several magistrate judges in the Eastern District have transferred those cases to the Northern District. *See*, *e.g.*, Case Nos. 1:18-cv-00427 (transferred to Northern District), 1:18-cv-01250 (same), 1:18-cv-01251 (same), 1:18-cv-01253 (same), 1:18-cv-01256 (same); 1:18-cv-01252 (preliminary review pending), 1:18-cv-01254 (same), 1:18-cv-01255 (same), 1:18-cv-01257 (same), 1:18-cv-01259 (same), 1:18-cv-01260 (same).

1

A state prisoner may file a petition for a writ of habeas corpus in one of two districts: "the district court for the district wherein such person is in custody or in the district court for the district within which the State court was held which convicted and sentenced him." 28 U.S.C. § 2241(d). Petitioner is in custody in Marin County and challenges his conviction from Alameda County, both of which are in the Northern District of California, so the court will transfer this case to that district.

**Order**

1. This matter is transferred to the United States District Court for the Northern District of California.
2. The clerk of court is directed to close the case.

IT IS SO ORDERED.

Dated:  September 19, 2018

_____
UNITED STATES MAGISTRATE JUDGE